UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                          )
                                )         Chapter 7
PAUL MCGILL,                    )         Case No. 09-44630 hjb
                                )
       Debtor                   )

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes Kathryn A. O'Leary, ex-spouse of the Debtor, Paul L. McGill, and moves this Honorable Court for an Order granting her relief from the automatic stay to permit her to continue to pursue post-divorce proceedings in the Massachusetts Family and Probate Court. The post-divorce proceedings involved enforcing and carrying out an equitable division of assets and domestic support obligations. The Divorce action is a Middlesex County case which is currently assigned to Judge Langlois in the Norfolk County Family and Probate Court. The docket number is 07D 1514-DV1.

In further support of this motion, Kathryn A. O'Leary respectfully submits that:

a.)    the parties were granted a divorce in 2007. They had virtually no liquid assets and few assets of value at the time. The assets of value included Debtor's state pension, a deferred compensation account standing in Debtor's name, and, in Ms. O'Leary's name, a 401(k) retirement account and an IRA. At the same time, the parties were jointly liable for more than $70,000 in marital debt, which was supposed to be divided between the two of them equally. This debt consisted of over $30,000 of unsecured credit card debt and an unsecured loan of more than $40,000 which arose from the short sale of the marital home.

b.) Following the divorce, the Debtor, Paul L. McGill, was responsible for filing a QDRO to divide the deferred compensation account held in his name and to file a Domestic Relations Order to divide his state pension. Over a year later, the Debtor had not accomplished either of these tasks (or others). In addition, a complaint for child support was filed. Thus, further action by the Family and Probate Court was necessary. The parties' most recent appearance before that Court was a trial scheduled on October 26, 2009.

c.) An Agreement for Judgment entered by the Family and Probate Court on October 27, 2009, sets forth certain domestic support obligations to which Debtor Paul L. McGill and the moving party are bound. Among other things, the October 27, 2009 Agreement for Judgment requires the parties to file, and the Family and Probate Court to issue, a DRO which dictates how the Commonwealth of Massachusetts (Debtor's employer) is to divide Debtor's pension benefit; and a QDRO which dictates the division of the Debtor's deferred compensation account.

WHEREFORE Kathryn A. O'Leary moves for an Order granting her relief from the automatic stay to permit her to continue to pursue the post-divorce actions ordered by the Massachusetts Family and Probate Court.

Respectfully submitted,

_____
Kathryn A. O'Leary, pro se
29 Boston Ave.
Medford, MA 02155
(o) 508-752-6733
(fax) 508-797-4638

CERTIFICATE OF SERVICE

I, Kathryn A. O'Leary, hereby certify that I have this 6th day of December, 2009 served a copy of the foregoing Motion for Relief From Stay by electronic and first class mail, postage prepaid to the registered participants and by electronic mail and by first class mail, postage prepaid, to the non-registered participants as follows:

Worcester
U. S. Bankruptcy Court
595 Main Street
Worcester, MA  01608


American Express
c/o Becket and Lee
Box 3001
Malvern, PA 19355


Bank Of America
4060 Ogletown/Stan
Newark, DE 19713


Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410


Bank of America
P.O. Box 15184
De5-019-03-07
Wilmington, DE 19850


Chase
P.O. Box 15298
Wilmington, DE 19850


Chase Manhattan
Attn: Bankruptcy Research Dept
3415 Vision Dr
Columbus, OH 43219


Dell Financial Services
Attn: Bankruptcy Dept

3

12234 North Ih 35
Austin, TX 78753


Emerson Hospital
133 ORNAC
Concord, MA 01742


GMAC
P.O. Box 4622
Waterloo, IA 50704


Internal Revenue Service
Insolvency Unit - MA
Stop 20800
P.O. Box 9112
Boston, MA 02203



MDOR
Bankruptcy Unit
100 Cambridge Street
P.O. Box 9564
Boston, MA 02114



Sears/cbsd
8725 W. Sahara Ave.
The Lakes, NV 89163


US Bank
P.O. Box 79084
Saint Louis, MO 63179


David R. Chenelle
D'Amico & Chenelle
33 Waldo Street
Worcester, MA  01608

Joseph H. Baldiga  
Mirick, O'Connell, DeMallie Lougee,  
1700 West Park Drive  
Westborough, MA  01581  

Richard King  
Office of US. Trustee  
446 Main Street  
14th Floor  
Worcester, MA  01608  

                                                                                                                                                                  _____  
                                                                                                                                                                 Kathryn A. O'Leary, pro se