b.)     Following the divorce, the Debtor, Paul L. McGill, was responsible for filing a QDRO to divide the deferred compensation account held in his name and to file a Domestic Relations Order to divide his state pension. Over a year later, the Debtor had not accomplished either of these tasks (or others). In addition, a complaint for child support was filed. Thus, further action by the Family and Probate Court was necessary. The parties' most recent appearance before that Court was a trial scheduled on October 26, 2009.

c.)     An Agreement for Judgment entered by the Family and Probate Court on October 27, 2009, sets forth certain domestic support obligations to which Debtor Paul L. McGill and the moving party are bound. Among other things, the October 27, 2009 Agreement for Judgment requires the parties to file, and the Family and Probate Court to issue, a DRO which dictates how the Commonwealth of Massachusetts (Debtor's employer) is to divide Debtor's pension benefit; and a QDRO which dictates the division of the Debtor's deferred compensation account.

WHEREFORE Kathryn A. O'Leary moves for an Order granting her relief from the automatic stay to permit her to continue to pursue the post-divorce actions ordered by the Massachusetts Family and Probate Court.

Respectfully submitted,

_____
Kathryn A. O'Leary, *pro se* /s/
29 Boston Ave.
Medford, MA 02155
(o) 508-752-6733
(fax) 508-797-4638

AMENDED CERTIFICATE OF SERVICE

I, Kathryn A. O'Leary, hereby certify that I have this 8th day of December, 2009 served a copy of the foregoing Motion for Relief From Stay by electronic and first class mail, postage prepaid to the registered participants and by electronic mail and by first class mail, postage prepaid, to the non-registered participants as follows:

Worcester
U. S. Bankruptcy Court
595 Main Street
Worcester, MA  01608


American Express
c/o Becket and Lee
Box 3001
Malvern, PA 19355


Bank Of America
4060 Ogletown/Stan
Newark, DE 19713


Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410


Bank of America
P.O. Box 15184
De5-019-03-07
Wilmington, DE 19850


Chase
P.O. Box 15298
Wilmington, DE 19850


Chase Manhattan
Attn: Bankruptcy Research Dept
3415 Vision Dr
Columbus, OH 43219


Dell Financial Services
Attn: Bankruptcy Dept.
12234 North Ih 35

2

Austin, TX 78753

Emerson Hospital
133 ORNAC
Concord, MA 01742

GMAC
P.O. Box 4622
Waterloo, IA 50704

Internal Revenue Service
Insolvency Unit - MA
Stop 20800
P.O. Box 9112
Boston, MA 02203

MDOR
Bankruptcy Unit
100 Cambridge Street
P.O. Box 9564
Boston, MA 02114

Sears/cbsd
8725 W. Sahara Ave.
The Lakes, NV 89163

US Bank
P.O. Box 79084
Saint Louis, MO 63179

David R. Chenelle
D'Amico & Chenelle
33 Waldo Street
Worcester, MA  01608

Joseph H. Baldiga

3

Mirick, O'Connell, DeMallie Lougee,
1700 West Park Drive
Westborough, MA  01581


Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA  01608

                                                                                                                    _____

Kathryn A. O'Leary, *pro se* /s/